In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-208 CR


____________________



STEPHEN PAUL BORDAGES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 04-07-05428-CR






MEMORANDUM OPINION


 We have before the Court an appeal by Stephen Paul Bordages from a sentence
pronounced January 31, 2006. The notice of appeal was filed with the trial court on May 3,
2006, more than ninety days from the date of sentencing. We notified the parties that the
appeal did not appear to have been timely filed. The appellant did not supply an affidavit or
otherwise establish that notice of appeal was filed within the time permitted for perfecting
appeal. The court finds the notice of appeal was not timely filed. Tex. R. App. P. 26.2. No
extension of time was timely requested pursuant to Tex. R. App. P. 26.3. It does not appear
that appellant obtained an out-of-time appeal. The Court finds it is without jurisdiction to
entertain this appeal. Accordingly, the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered July 26, 2006 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.